UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LORRAINE CHU,

                       Plaintiff,

-against-

BJ'S WHOLESALE CLUB, INC.,

                       Defendant.
----------------------------------------------------------------x

**MEMORANDUM & ORDER
ADOPTING
REPORT & RECOMMENDATION**

13-CV-3245 (SLT) (VVP)

**TOWNES, United States District Judge:**

      Presently before the Court is a report and recommendation ("R&R") by Magistrate Judge Viktor V. Pohorelsky, recommending that this action be dismissed as abandoned. (Docket No. 10). In this case, Plaintiff's counsel consistently represented that Plaintiff no longer wished to pursue her claims and Judge Pohorelsky gave ample opportunity for Plaintiff to appear or indicate otherwise. Plaintiff has not communicated with the Court or filed any objections.

      A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Fed. R. Civ. P. 72(b)(3). Where no objection has been filed, however, the district court "need only satisfy itself that there is no clear error on the face of the record." Urena v. New York, 160 F. Supp. 2d 606, 609-10 (S.D.N.Y. 2001). The Court finds no such error here. Accordingly, the R&R (Docket No. 10) is ADOPTED in its entirety and the action is DISMISSED. The Clerk of Court is respectfully directed to close this case.

      **SO ORDERED.**

                                                                    /s/(SLT)

                                                     SANDRA L. TOWNES
                                                     United States District Judge

Dated: February 20, 2014
       Brooklyn, New York